IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jared Adam Helmkay, | No. 05-1593-PHX-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Joe Arpaio, | |
| Defendant. | |

On May 26, 2005, Plaintiff Jared Adam Helmkay filed a civil rights complaint against Defendant Joe Arpaio. (Doc. 1) On October 20, 2005, Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation ("R&R") recommending that Plaintiff's complaint be dismissed without prejudice for failure to comply with Court orders. (Doc. 6) No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D.Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

1  courts are not required to conduct "any review at all . . . of any issue that is not the subject
2  of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985). No objection having been
3  made, the Court will adopt the R&R in full.
4      Accordingly,
5      **IT IS ORDERED** that the Report and Recommendation (Doc. 6) is **ADOPTED** and
6  the complaint is **DISMISSED WITHOUT PREJUDICE**.

DATED 04/05/06

Roslyn O. Silver
United States District Judge